IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 15-cv-00830-RBJ

ALTA GROVE LLC, a Colorado limited liability company,

    Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,
a Connecticut corporation,

    Defendant.

## ORDER GRANTING STIPULATION TO REMAND TO STATE COURT

On June 11, 2015, the Parties to the above-referenced action filed a Stipulation to Remand to State Court. ECF No. 13. The Court having reviewed the Stipulation and good cause appearing, orders as follows:

1. This action be hereby remanded to the District Court of El Paso County, Colorado.

2. Each Party shall bear their own costs and attorneys' fees associated with the removal and this remand.

3. Travelers reserves its right to conduct jurisdictional discovery and seek removal at a later date should a basis for diversity jurisdiction be discovered, subject to the applicable rules and statutes governing same.

2

DATED this 12th day of June, 2015.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge